UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BETTY KINCAID QUARLES,<br><br>　　　　　Plaintiff,<br><br>JERRY TRAYLOR, *et al.*,<br><br>　　　　　Defendants. | Case No.: 2:25-cv-00680-GMN-BNW<br><br>**ORDER OF DISMISSAL PURSUANT TO RULE 4(m) OF THE FEDERAL RULES OF CIVIL PROCEDURE** |

　　　On April 14, 2025, Plaintiff Betty Kincaid Quarles filed a Complaint against Defendants Jerry Traylor and Mildred Spencer. (*See* Compl., ECF No. 1).  On July 14, 2025, the Court warned Plaintiff that if she did not properly serve Defendants by August 13, 2025, the Court would enter an Order of Dismissal pursuant to Federal Rule of Civil Procedure 4(m). (*See* Notice, ECF No. 6).  The deadline has now passed, no proper proof of serve has been filed, and Plaintiff has failed to show good cause as to why the Court should not dismiss this action without prejudice for failure to effect timely service.

　　　**IT IS THEREFORE ORDERED** that the above-entitled action is **DISMISSED WITHOUT PREJUDICE**.

　　　The Clerk is kindly instructed to close the case.

　　　**DATED** this __5__ day of November, 2025.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　GLORIA M. NAVARRO, DISTRICT JUDGE
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT